Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO WILLIAMS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ALPHA RECOVERY CORP.,<br><br>Defendant. | Case No: 2:16-CV-00367-RFB-CWH<br><br>**STIPULATION OF DISMISSAL** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Antonio Williams ("Plaintiff") and Defendant Alpha Recovery Corp. ("Defendant") stipulate to dismiss without prejudice Plaintiff's claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 15th day of July 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Plaintiff*

**Alverson Taylor Mortensen, et al**

By: /s/  Kurt R. Bonds
Kurt R. Bonds , Esq.
7401 W Charleston Blvd
Las Vegas, NV 89117-1401
*Attorney for Defendant Alpha Recovery Corp.*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED:   July 19, 2016.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on July 15, 2016, the foregoing STIPULATION OF DISMISSAL was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
    Michael Kind
    7854 W. Sahara Avenue
    Las Vegas, NV 89117